JPML FORM 1A                    DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 324 -- IN RE ALLEN ▓▓▓▓▓▓▓▓ COMPOUND BOW PATENT LITIGATION

| Date | No. Code | |
|---|---|---|
| 11/14/77 | 1 | MOTION, BRIEF, CERT. OF SERVICE, Allen Archery, Inc., and Holless W. Allen<br>Suggested Transferee District: C. D. California<br>Suggested Transferee Judge: Judge David W. Williams |
| 11/21/77 | | REQUEST FOR EXTENSION -- Counsel for Defendants Browning Mfg. Co., etc. and Bingham Projects, Inc., etc. GRANTED to ALL counsel to and including 12/23/77 -- Notified ALL counsel. (ea) |
| 11/28/77 | | APPEARANCE -- Thomas E. Harrington, Esquire for Precision Shooting Equipment<br>David V. Trask, Esquire for Browning Mfg. Co., Bingham Projects, Inc., Elmont L. Bingham and Joyce M. Bingham<br>JAMES E. NILLES, ESQ. for Outers Laboratories, Inc.<br>D. A. N. Chase, Esquire for Allen Archery, Inc. and Holless W. Allen (rew) |
| 11/29/77 | | REQUEST FOR EXTENSION TO FILE REPLY -- Movants - Allen Archery, Inc. -- Granted to Jan. 6, 1978 (emh) |
| 12/23/77 | 2 | BRIEF IN OPPOSITION TO MOTION -- Browning; Browning Mfg. Co; Bingham Projects, Inc.; Elmont L. Bingham; and Joyce M. Bingham --w/cert of Serv. (cds) |
| 12/23/77 | 3 | BRIEF IN OPPOSITION TO MOTION -- Jennings Compound Bow, Inc., Sportlab, Inc., Die Cast Products, Inc., Hugh Rich Archery, Inc., Pony Express Sport Shop, Inc., Arrow Mfg., Inc., Thomas P. Jennings, John Williamson, Individuals, Timothy Lee Moyer and Jonathan David Forgy, Individuals d.b.a. Arrow Archery Supply and Richard Garver, Sr. and Richard Garver, Jr., Individuals d.b.a. Shawnee Sports Center -- w/cert. of Service |
| 12/27/77 | | REQUEST FOR EXTENSION TO FILE RESPONSE (TELEGRAM) Needed additional time for mailing -- PRECISION SHOOTING EQUIPMENT CO. AND PAUL E. SHEPLEY, JR. |
| 12/27/77 | 4 | RESPONSE -- BRIEF -- PRECISION SHOOTING EQUIPMENT CO. AND PAUL E. SHEPLEY w/cert of service |
| 12/29/77 | | HEARING ORDER -- Setting A-1, A-2, A-3, A-4, A-5, A-6 for Hearing Jan. 27, 1978 -- Miami, Florida |
| 1/6/78 | 5 | RESPONSE BRIEF -- Allen Archery, Inc. and Holless W. Allen -- w/cert. of service and Exhibits A and B |
| 1/18/78 | | WAIVER OF ORAL ARGUMENT FOR 1/27/78 HEARING --Browning Mfg. Co., Browning Bingham Projects, Inc., Elmont L. Bingham; Joyce M. Bingham (rew) |
| 1/27/78 | | MOTION TO INTERVENE (Brunswich Corp.) CV-77-0152D and J. Morgan order of 1/16/78 filed in open court on 1/27/78 in Miami, Fla. (ea) |
| 1/31/78 | 6 | SUPPLEMENTAL RESPONSE IN LIEU OF ORAL ARGUMENT -- Allen Archery & Holless W. Allen w/cert. of serv. (emh) |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. _____

DOCKET NO. _____-- _____

| Date | No. Code | |
|---|---|---|
| 3/3/78 | | OPINION AND ORDER -- Denying transfer of litigation   (emh) |

DOCKET NO. 324 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE ALLEN ~~[redacted]~~ COMPOUND BOW PATENT LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s) 1/27/78

Consolidation Ordered _____  Consolidation Denied 3/3/78

Opinion and/or Order 3/3/78

Citation 446 F.Supp. 248

Transferee District _____  Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Allen Archery, Inc. v. Jennings Compound Bow, Inc., et al. | C.D.CA Williams | CV76-0546-DWW | | | | 3/3/78 |
| A-2 | Precision Shooting Equip. Co., etc. v. Holless W. Allen, et al. | E.D.IL ~~Morgan~~ Wise | L CV-77-0152-D | | | | 3/3/78 |
| A-3 | Allen Archery, Inc. v. Browning Mfg. Co., et al. | D.Utah Anderson | NC 77-0072 | | | | 3/3/78 |
| A-4 | Allen Archery, Inc. v. Bingham Projects, Inc., et al. | D.Utah Anderson | NC 77-0073 | | | | 3/3/78 |
| A-5 | Browning Manufacturing Co. v. Holless W. Allen, et al. | D.Utah Anderson | NC 77-0074 | | | | 3/3/78 |
| A-6 | Allen Archery, Inc. v. Outers Laboratories, Inc. | W.D.WISC Doyle | 77 C 396 | | | | 3/3/78 |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 324 -- IN RE ALLEN COMPOUND BOW PATENT LITIGATION

| | |
|---|---|
| PRECISION SHOOTING EQUIPMENT (A-2)<br>Thomas E. Harrington, Esquire<br>Busch, Harrington & Porter<br>201 West University Avenue<br>Suite 205, One Commercial Bank Plaza<br>P.O. Box 489<br>Champaign, Illinois  61820<br><br>BROWNING MANUFACTURING CO. (A-5)<br>BINGHAM PROJECTS, INC.<br>ELMONT L. BINGHAM<br>JOYCE M. BINGHAM<br>David V. Trask, Esquire<br>Trask & Britt<br>345 South State Street<br>Suite 105<br>Salt Lake City, Utah  84111<br><br>OUTERS LABORATORIES, INC.<br>James E. Nilles, Esquire<br>780 North Water Street<br>Milwaukee, Wisconsin  53202<br><br><br>ALLEN ARCHERY, INC., ET AL. (A-1,3,4 & 6)<br>D. A. N. Chase, Esquire<br>930 Ozark National Life Building<br>906 Grand Avenue<br>Kansas City, Missouri  64106<br><br>JENNINGS COMPOUND BOW, INC.<br>Ellsworth R. Roston, Esquire<br>Roston & Schwartz<br>Suite 1430, Mutual Benefit Life<br>  Plaza<br>5900 Wilshire Boulevard<br>Los Angeles, California  90036 | DIE CAST PRODUCTS, INC.<br>Volney F. Morin, Esquire<br>Volney F. Morin, Jr., Esquire<br>1341 North Cahuenga Blvd.<br>Los Angeles, California  90028 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 324 -- ALLEN ~~ARCHERY~~ COMPOUND BOW PATENT

| Name of Party | Named as Party in Following Actions |
|---|---|
| JENNINGS COMPOUND BOW, INC. | A-1 |
| HOLLESS W. ALLEN | A-2 A-5 |
| BINGHAM PROJECTS, INC. | A-4 |
| ELMONT L. BINGHAM | A-4 |
| JOYCE M. BINGHAM | A-4 |
| BROWNING MFG. CO. BROWNING | A-3 |
| ALLEN ARCHERY | A-5 |
| Outers Lab | A-6 |
| Die Cast Products | |
| | |
| | |